The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| O BEE CREDIT UNION,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST MARINE AND GENERAL INSURANCE COMPANY, and STEWART TITLE GUARANTY COMPANY,<br><br>Defendants. | No. 3:21-cv-05820-RJB<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>NOTE FOR MOTION:<br>February 1, 2023 |

## I.  STIPULATION

COME NOW Plaintiffs O Bee Credit Union and Defendants Southwest Marine and General Insurance Company, and Stewart Title Guaranty Company hereby agree and stipulate that the current action should be dismissed **with** prejudice and without fees or costs to any party.

DATED this 1st day of February 2023.

PARSONS FARNELL & GREIN, LLP

*s/ Michael Farnell*

STIPULATION AND ORDER OF DISMISSAL – 1
CAUSE NO. 3:21-cv-05820-RJB

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

| | |
|---|---|
| 1 | Michael E. Farnell, WSBA #23735 |
| 2 | 1030 SW Morrison Street |
| | Portland, OR 97205 |
| 3 | P: (503) 222-1812 |
| | E: mfarnell@pfglaw.com |
| 4 | *Attorney for Plaintiff O Bee Credit Union* |

LETHER LAW GROUP

*s/ Geraldine Anne T. Enrico*
Thomas Lether, WSBA #18089
Geraldine Anne T. Enrico, WSBA #54917
1848 Westlake Avenue N., Suite 100
Seattle, WA 98109
P: (206) 467-5444
E: tlether@letherlaw.com
E: genrico@letherlaw.com
*Attorney for Defendant Southwest Marine and General Insurance Company*

RYAN SWANSON & CLEVELAND

*s/ Britenae M. Pierce*
Britenae M. Pierce, WSBA #34032
1201 3rd Ave., Suite 3400
Seattle, WA 98101
P: (206) 654- 2289
E: pierce@ryanlaw.com
*Attorney for Defendant Stewart Title Guaranty Company*

STIPULATION AND ORDER OF DISMISSAL – 2
CAUSE NO. 3:21-cv-05820-RJB

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

## II. ORDER OF DISMISSAL

Based on the foregoing Stipulation, it is hereby ORDERED:

1. That this action is hereby dismissed with prejudice;

2. This dismissal is effectuated without an award of fees or costs to any party.

DONE IN OPEN COURT this 2nd day of February, 2023.

*[signature]*

ROBERT J. BRYAN
United States District Judge

**Presented By:**

LETHER LAW GROUP

 s/ Geraldine Anne T. Enrico
Thomas Lether, WSBA #18089
Geraldine Anne T. Enrico, WSBA #54917
1848 Westlake Avenue N., Suite 100
Seattle, WA 98109
P: (206) 467-5444
E: tlether@letherlaw.com
E: genrico@letherlaw.com
*Attorneys for Defendant Southwest Marine and General Insurance Company*

STIPULATION AND ORDER OF DISMISSAL – 3
CAUSE NO. 3:21-cv-05820-RJB

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544